**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 402 MAL 2023

        Respondent             :

                              :    Petition for Allowance of Appeal
                              :    from the Order of the Superior Court

        v.                     :

                              :

ANTONIO JOSEPH WALDO,          :

                              :

        Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.